# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                 No. 4:05CR00168 JLH

MORRIS HENRY PERKINS                          DEFENDANT

## ORDER

      Morris Henry Perkins has filed a motion for early termination of supervised release. After considering the relevant factors in 18 U.S.C. § 3553(a), the Court may terminate a term of supervised release and discharge the defendant released at any time after the completion of one year of supervised release, provided that the action is warranted by the conduct of the defendant and the interest of justice. 18 U.S.C. § 3553(e)(1). Perkins' supervision began on October 25, 2011. According to the response filed by the government, Perkins has remained employed, has tested negative for controlled substances, presents no identified risk to the public or victims, and has been free from any moderate or severe violations of his conditions of supervision. Considering the relevant factors under 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release is warranted by the conduct of the defendant and is in the interest of justice. The motion is therefore GRANTED. Document #41. The supervised release of Morris Henry Perkins is terminated, and he is hereby discharged.

      IT IS SO ORDERED this 29th day of April, 2013.

                                                                       _____
                                                                       J. LEON HOLMES
                                                                       UNITED STATES DISTRICT JUDGE